# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DARRELL USRY,**

    *Petitioner*,

v.                                                        Case No.: 4:21cv291-MW/MAF

**RICKY D. DIXON, Secretary,**
**Florida Department of Corrections,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Petitioner's objections, ECF No. 10. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 9, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 7, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition is **DISMISSED** as untimely." A certificate of appealability is

**DENIED**. The Clerk shall close the file.

**SO ORDERED on April 20, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
